IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BENSON ROBERT NEAL, Jr.,** | NO. 2:06-cv-00797 MCE PAN P |
| Petitioner, | **ORDER GRANTING FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **TOM L. CAREY, Warden,** | |
| Respondent. | |

Respondent's first request for a 30-day extension of time to file a response to the Petition for Writ of Habeas Corpus was considered by the Court, and good cause appearing, respondent's request is granted.

IT IS HEREBY ORDERED that respondent shall file a response by July 19, 2006.

DATED: July 18, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

neal0797.ext

1