IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENSON ROBERT NEAL, JR.,

        Petitioner,            No. CIV S-06-0797 MCE PAN P

     vs.

TOM L. CAREY, Warden,

        Respondent.      <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file and serve a traverse.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Petitioner's August 22, 2006 request for an extension of time is granted; and

        2.  Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.

DATED: August 28, 2006.

UNITED STATES MAGISTRATE JUDGE

14/mp
neal0797.111(2)