IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENSON ROBERT NEAL, JR.,

    Petitioner,                 No. CIV S-06-0797 MCE PAN P

    vs.

TOM L. CAREY, Warden,

    Respondent.              <u>ORDER</u>

                            /

        Petitioner has filed his second request for an extension of time to file and serve a traverse pursuant to the court's order of August 30, 2006. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Petitioner's September 22, 2006 request for an extension of time is granted; and

        2. Petitioner shall file and serve a traverse on or before October 29, 2006. No further extensions of time will be granted.

DATED: September 28, 2006.

                                                                /s/ John F. Moulds
                                             UNITED STATES MAGISTRATE JUDGE

14/mp; neal0797.111sec