IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENSON ROBERT NEAL, JR., <br><br> Petitioner, <br><br> vs. <br><br> D. K. SISTO,[1] Warden, California State Prison, Solano, <br><br> Respondent. | No. 2:06-cv-00797-JWS <br><br> STAY ORDER |

      At Docket No. 21 this Court issued its Order to Show Cause why this matter should not be stayed pending the issuance of the mandate by the United States Court of Appeals for the Ninth Circuit in *Hayward v. Marshall*, 512 F.3d 536, *rehrg en banc granted*, 527 F.3d 797 (9th Cir. 2008), Case No. 06-55392. Respondent concurs that this matter should be stayed. Docket No. 22. Petitioner has not timely responded to the order. Accordingly,

      IT IS THEREFORE ORDERED THAT this matter is stayed pending the issuance of the mandate by the United States Court of Appeals for the Ninth Circuit in *Hayward v. Marshall*, 512 F.3d 536, *rehrg en banc granted*, 527 F.3d 797 (9th Cir. 2008), Case No. 06-55392.

      Dated: January 2, 2009.

                                              s/ John W. Sedwick
                                                JOHN W. SEDWICK
                                           United States District Judge

---

[1] D. K. Sisto, Warden, Solano State Prison, is hereby substituted for Tom L. Carey, Warden, Solano State Prison. Fed. R. Civ. P. 17(d).